IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. <u>CACE20015682</u>   DIVISION: <u>21</u>   JUDGE: <u>Singer, Michele Towbin (21)</u>

**Shoma Homes at Nautica Single Family Neighborhood**

Plaintiff(s) / Petitioner(s)

v.

**Marisa C Smith**

Defendant(s) / Respondent(s)

_____/

**<u>Final Summary Judgment of Foreclosure, Taxation of Costs and Attorney's Fees</u>**

THIS CAUSE having come before the Court on the Plaintiff's Motion for Final Summary Judgment of Foreclosure, Taxation of Costs and Attorney's Fees on May 2, 2022 and continued on May 3rd and May 9, 2022. Plaintiff and Defendant were represented by Counsel and the Court having heard argument of Counsel, having considered the motion, the evidence presented and the applicable law, and being otherwise apprised in the premises,

**IT IS ADJUDGED** that:

1. Plaintiff's Motion for Final Summary Judgment of Foreclosure, Taxation of Costs and Attorney's Fees is **GRANTED**. Service of Process has been duly and regularly obtained over the Defendant, MARISA C. SMITH.

2. **Amounts Due**. Plaintiff, SHOMA HOMES AT NAUTICA SINGLE FAMILY NEIGHBORHOOD ASSOCIATION INC., c/o Miami Management, Inc., 3691 SW 164th Ave., Miramar, FL 33027, is due the following:

| | |
|---|---:|
| Principal due 9/23/15 through 5/9/22 for assessments | $17,294.24 |
| Interest on said principal due through 5/9/22 | $1,970.41 |
| Miami Management demand letter and certified mail charges | $114.00 |
| Less payments received (applied per Fla. Stat. § 720.3085) | -$6,841.51 |

Case Number: CACE20015682

| COSTS INCURRED: | |
|---|---:|
| Recording and Processing Fee (Claim of Lien) | $13.50 |
| Title & Name Searches | $225.00 |
| Administrative Costs (archive/copy fee; bankruptcy searches; postage) | $20.45 |
| Court Filing Fees (Complaint, Lis Pendens, Summons issuance) | $435.74 |
| Service of Process | $90.00 |
| Court Reporter Fees | $977.20 |
| Expert Witness Fee (Reasonable Attorney's Fees) | $40.00 |
| **COSTS TO BE INCURRED:** | |
| Clerk's Auction Sale Fee | $142.50 |
| Publication Costs (Daily Business Review, Notice of Sale) | $245.00 |
| **SUB-TOTAL** | **$14,726.48** |
| ATTORNEY'S FEES (8/7/20 through 5/9/20) | $19,460.25 |
| **TOTAL** | **$34,186.73** |

3.	**Attorney's Fees**. The Court finds, based upon affidavits presented and upon inquiry of counsel for the Plaintiff, that **80.65** hours were reasonably expended by Plaintiff's counsel and that the flat rates of **$31.25, $97.50 and $250.00**, the hourly attorney rates of **$0 and $260.00** and the hourly paralegal rates of **$0 and $135.00** are appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the court pursuant to *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145 (Fla. 1985).

4.	**Interest**. The grand total amount referenced in Paragraph 2 shall bear interest from this date forward at the prevailing legal rate of interest.

5.	**Lien on Property**. Plaintiff, SHOMA HOMES AT NAUTICA SINGLE FAMILY NEIGHBORHOOD ASSOCIATION INC., whose address is c/o Miami Management, Inc., 3691 SW 164th Ave., Miramar, FL 33027, holds a lien for the total sum specified in paragraph 2 herein. The Lien of the Plaintiff is superior in dignity to any rights, title, interest or claim of the defendants and all persons, corporations, or other entities by, through or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants. The Plaintiff's lien encumbers the subject property located in Broward County, Florida and described as follow:

	**LOT 41, BLOCK 8, OF NAUTICA PLAT, ACCORDING TO THE PLAT**

Case Number: CACE20015682

**THEREOF, AS RECORDED IN PLAT BOOK 164, PAGE 36, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA;**

**a/k/a 3809 S.W. 164th Terrace, Miramar, Florida 33027.**

6. **Sale of Property**. If the grand total amount with interest at the rate described in Paragraph 4 and all cost accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at the public sale on **June 14, 2022** at 10:00 a.m. to the highest bidder or bidders for cash, except as prescribed in paragraph in 6, at: https://www.broward.realforeclose.com/ the Clerk's website for on-line auctions at 10:00 a.m. after having first given notice as required by Section 45.0315, Florida Statutes.

7. **Costs**. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and cost accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. The Clerk shall receive the service charge imposed in Section 45.031, Florida Statutes, for services in making, recording and certifying the sale and title that shall be assessed as cost.

8. **Right of Redemption**. On filing of the Certificate of Sale, Defendant's right of redemption as proscribed by Section 45.0315, Florida Statutes, shall be terminated.

9. **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the certificate; third, Plaintiff's attorney's fees; fourth, the total sum due to Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale. During the sixty (60) days after Clerk issues the Certificate of Disbursement, the Clerk shall hold the Surplus pending further Order of this Court.

10. **Right of Possession**. Upon filing the Certificate of Title, Defendants and all persons claiming under or against Defendants since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at the sale shall be let into possession of the property, subject to the provisions of the "Protecting Tenant at Foreclosure Act of 2009".

11. **<u>Jurisdiction</u>**. The Court retains jurisdiction of this action to enter further orders that are necessary and proper, including, without limitation, to re-foreclose on the claim of lien, to amend or supplement the judgment to include additional shared component unit costs, interest and late fees, as prescribed in paragraph 2, that become due prior to the sale, and attorneys' fees and costs that incur in the enforcement/execution of this judgment prior to the sale, to appoint a receiver for collection of rent from any tenant, to issue writs of possession and deficiency judgments.

<u>**NOTICE PURSUANT TO AMENDMENT TO SECTION 45.031, FLA. ST.**</u>

IF THIS PROPERTY IS SOLD AT PUBLIC ACTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, **BROWARD COUNTY COURTHOUSE, 201 S.E. 6th STREET, FORT LAUDERDALE, FL 33301**, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC., AT **(954) 765-8950** TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT **LEGAL AID SERVICE OF BROWARD COUNTY, INC., 491 N. STATE ROAD 7, PLANTATION, FL 33317**, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

Case Number: CACE20015682

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>25th day of May, 2022</u>.



<u>CACE20015682 05-25-2022 12:20 PM</u>
Hon. Michele Towbin Singer
**CIRCUIT JUDGE**
Electronically Signed by Singer, Michele Towbin (21)

**Copies Furnished To:**
Beth G Lindie , E-mail : Eservice@eslerandlindie.com
Beth G Lindie , E-mail : paralegal01@eslerandlindie.com
Beth G Lindie , E-mail : blindie@eslerandlindie.com
Jonathan M Benjamin , E-mail : jonben70@gmail.com
Jonathan M Benjamin , E-mail : jon@benjaminlawpractice.com
Raymond Anthony Piccin , E-mail : smurguia@assoc-law.com
Raymond Anthony Piccin , E-mail : rpiccin@assoc-law.com
Raymond Anthony Piccin , E-mail : ydelgado@assoc-law.com