Home    About Us    FAQ    Contact Us

## Tuesday June 14, 2022

< < Previous Auction    Current    Next Auction > >

Pursuant to new legislation effective July 1, 2008, F. S. 45.031(10), the Clerk may conduct the sale of real or personal property under an order or judgment by electronic means.

### Running Auctions

There are no cases currently being auctioned.

### Auctions Closed or Canceled

page 3 of 3

| | | |
|---|---|---|
| **Auction Sold** | Auction Type: | FORECLOSURE |
| 06/14/2022 10:39 AM ET | Case #: | CACE-20-014738 |
| | Final Judgment Amount: | $25,296.91 |
| **Amount** | Parcel ID: | 514032062110 |
| **$150,100.00** | Property Address: | 16891 SW 49 CT |
| | | MIRAMAR, 33027 |
| **Sold To** | Plaintiff Max Bid: | $25,296.91 |
| **3rd Party Bidder** | | |

| | | |
|---|---|---|
| **Auction Sold** | Auction Type: | FORECLOSURE |
| 06/14/2022 10:48 AM ET | Case #: | CACE-20-015682 |
| | Final Judgment Amount: | $34,186.73 |
| **Amount** | Parcel ID: | 514029042250 |
| **$132,000.00** | Property Address: | 3809 SW 164 TER |
| | | MIRAMAR, 33027 |
| **Sold To** | Plaintiff Max Bid: | $34,186.73 |
| **3rd Party Bidder** | | |

| | | |
|---|---|---|
| **Auction Sold** | Auction Type: | FORECLOSURE |
| 06/14/2022 10:58 AM ET | Case #: | CACE-21-005438 |
| | Final Judgment Amount: | $17,531.52 |
| **Amount** | Parcel ID: | 484123AB2710 |
| **$63,200.00** | Property Address: | 3060 HOLIDAY SPRINGS BLVD 17-2 |
| | | MARGATE, 33063 |
| **Sold To** | Plaintiff Max Bid: | $17,531.52 |
| **3rd Party Bidder** | | |

| | | |
|---|---|---|
| **Auction Status** | Auction Type: | FORECLOSURE |
| **Canceled per Bankruptcy** | Case #: | CACE-21-008437 |
| | Final Judgment Amount: | $1,602,625.91 |
| | Parcel ID: | 484103060210 |
| | Property Address: | 6041 NW 84 TER |
| | | PARKLAND, 33067 |
| | Plaintiff Max Bid: | $1,602,625.91 |

| | | |
|---|---|---|
| **Auction Sold** | **Auction Type:** | FORECLOSURE |
| **06/14/2022 10:59 AM ET** | **Case #:** | **CACE-21-011978** |
| | **Final Judgment Amount:** | $291,934.72 |
| **Amount** | **Parcel ID:** | **494135021460** |
| **$200.00** | **Property Address:** | 6271 NW 14 CT |
| **Sold To** | | SUNRISE, 33313 |
| **Plaintiff** | **Plaintiff Max Bid:** | $296,485.06 |

| | | |
|---|---|---|
| **Auction Status** | **Auction Type:** | FORECLOSURE |
| **Canceled per Order** | **Case #:** | **CACE-21-015936** |
| | **Final Judgment Amount:** | $226,443.42 |
| | **Parcel ID:** | **484226172890** |
| | **Property Address:** | 1900 NW 5 TER |
| | | POMPANO BEACH, 33060 |
| | **Plaintiff Max Bid:** | Hidden |

page  3   of 3