In the Circuit Court of the
17th Judicial Circuit in and for
Broward County, Florida

Case No.CACE-20-015682
Division:21

SHOMA HOMES AT NAUTICA SINGLE FAMILY NEIGHBORHOOD
Plaintiff

VS.

SMITH, MARISA C
Defendant

## Certificate of Sale

The undersigned, Brenda D. Forman, Clerk of the Court certifies that notice of public sale of the property described in the order of final judgment was published in Broward Daily Business Review, a newspaper circulated in Broward County, Florida in the manner shown by the proof of publication attached and on  06/14/2022  the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $132,000.00 was submitted by  MIRETG INVESTMENTS  to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the order or final judgment or law.

Witness my hand and the seal of the court on  June 14, 2022 .

Brenda D. Forman, Clerk of the Circuit & County Court
Broward County, Florida