

| Site Address | 3809 SW 164 TERRACE, MIRAMAR FL 33027 | ID # | 5140 29 04 2250 |
|---|---|---|---|
| Property Owner | SMITH, MARISA C | Millage | 2713 |
| Mailing Address | 3809 SW 164 TER MIRAMAR FL 33027 | Use | 01-01 |
| Abbr Legal Description | NAUTICA PLAT 164-36 B LOT 41 BLK 8 | | |

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

* 2022 values are considered "working values" and are subject to change.

| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2022* | $69,910 | $458,500 | $528,410 | $252,190 | |
| 2021 | $69,910 | $362,570 | $432,480 | $244,850 | $4,617.52 |
| 2020 | $69,910 | $335,640 | $405,550 | $241,470 | $4,565.38 |

| 2022* Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $528,410 | $528,410 | $528,410 | $528,410 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  00 | $252,190 | $252,190 | $252,190 | $252,190 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $202,190 | $227,190 | $202,190 | $202,190 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 6/16/1999 | SWD | $187,000 | 29601 / 752 |
| | | | |
| | | | |
| | | | |

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| $7.00 | 9,987 | SF |
| | | |
| | | |
| Adj. Bldg. S.F. (Card, Sketch) | | 2805 |
| Units | | 1 |
| Eff./Act. Year Built: 2000/1999 | | |

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
| 27 | | | 4I | | | MM | | |
| R | | | 4I | | | | | |
| 1 | | | .23 | | | 1 | | |