**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  Case No. 22-14583-SMG
 Chapter 13
MARISA CHANILE SMITH,

      Debtor.            /

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copies of the Motion for Relief from Stay (DE 19) and Notice of Hearing on Motion for Relief from Stay (DE 20) were sent via CM/ECF to Office of US Trustee, Robin Weiner, Trustee and via U.S. Mail on the parties identified on Exhibit A on July 1, 2022.

        HOFFMAN, LARIN & AGNETTI, P.A.
        909 North Miami Beach Blvd., Suite 201
        Miami, Florida 33162
        Tel: (305) 653-5555
        Fax: (305 940-0090
        Email: mshoffman@hlalaw.com

        /s/ Michael S. Hoffman
        Michael S. Hoffman, Esq.
        Florida Bar No: 41164