UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-14583-BKC-SMG
PROCEEDING UNDER CHAPTER 13

IN RE:

MARISA CHANILE SMITH
XXX-XX-7912

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to obtain credit counseling from an approved credit counseling agency prior to the filing of the petition as required by 11 U.S.C. §109;

2. The automatic stay was not extended pursuant to 11 U.S.C. §362(c)(3) or imposed pursuant to 11 U.S.C. §362(c)(4);

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 13th day of July, 2022.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS  
CASE NO.:  22-14583-BKC-SMG

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARISA CHANILE SMITH
3809 SW 164TH TERRACE
MIRAMAR, FL  33027

**ATTORNEY FOR DEBTOR**
PRO-SE


**CREDITOR(S)**
BAKALAR & ASSOCIATES PA
12472 WEST ATLANTIC BLVD
CORAL SPRINGS, FL  33071

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

ROBERTSON ANSCHUTZ & SCHNEID
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL  33487