

**ORDERED in the Southern District of Florida on July 29, 2022.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:                                                                                  Case No. 22-14583-SMG
                                                                                        Chapter 13
MARISA CHANILE SMITH,

                       Debtor            /

**ORDER GRANTING MOTION FOR STAY RELIEF
EFFECTIVE AS OF THE PETITION DATE**

THIS MATTER came before the Court for hearing on July 28, 2022, at 10:00 a.m. upon Creditor, Shoma Homes at Nautica Single Family Neighborhood, Inc.'s ("Shoma Homes") Motion for Relief from Stay [ECF 19] (the "Motion"). The Court, having reviewed the Motion and the Debtor's Response to the Motion [ECF 40] and having heard the arguments presented at the hearing, finds that the Debtor filed this case in bad faith. This is the Debtor's third bankruptcy case since 2018 and was filed without required documents. The Debtor failed to appear at her meeting of creditors and has not made any preconfirmation payments under her Chapter 13 plan. Accordingly, it is ordered as follows:

1.      The Motion is **GRANTED**.

2. The automatic stay arising from this bankruptcy proceeding is modified to permit Shoma Homes to complete the foreclosure sale of the real property located at

LOT 41, BLOCK 8, OF NAUTICA PLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 164, PAGE 36, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA

a/k/a 3809 S.W. 164th Terrace, Miramar, FL 33027 (the "Property").

3. The modification of the automatic stay is effective as of the Petition Date in this bankruptcy case, such that the Certificate of Sale issued on June 14, 2022, at 2:04 p.m. by the Clerk of the Broward County Court in Broward County Circuit Court Case No. Case No. CACE-20-015682 (the "Foreclosure Action") is validated and deemed not in violation of the automatic stay. The Court in the Foreclosure Action is further authorized take all action necessary to complete the foreclosure sale of the Property, including but not limited to the issuance of a Certificate of Title and Writ of Possession.

4. Since this Court has ruled that this case will be dismissed by separate order, no 14-day stay period will apply and the relief provided herein is effective upon entry of this Order.

###

Submitted by:

Michael S. Hoffman, Esq., Hoffman, Larin & Agnetti, P.A.
Counsel for Shoma Homes
909 North Miami Beach Boulevard, # 201, Miami, Florida 33162
Phone: (305) 653-5555
Fax: (305) 940-0090
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the Motions and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).