**CGFD42** (4/23/19)



**ORDERED in the Southern District of Florida on August 2, 2022**

**Scott M Grossman**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22–14583–SMG**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marisa Chanile Smith
3809 SW 164th Terrace
Miramar, FL 33027

SSN: xxx–xx–7912

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PRE–CONFIRMATION PLAN PAYMENTS AND FOR FAILURE TO APPEAR AT THE SECTION 341 MEETING OF CREDITORS

This matter is before the court ex parte pursuant to Local Rule 3070–1(C) for failure of the debtor to remit to the trustee pre–confirmation plan payments, and pursuant to Local Rule 1017–2(B)(2) for failure of the debtor to appear at the § 341 Meeting of Creditors.

It is **ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$156.50** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013−1(E).

6. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

*# # #*

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*