United States Bankruptcy Court
Southern District of Florida

In re:                                                                                              Case No. 22-14583-SMG
Marisa Chanile Smith                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 2
Date Rcvd: Sep 13, 2022     Form ID: CGFCRD3Z     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Nautica Community Association, Inc., Bakalar & Associates, P.A., 12472 W. Atlantic Blvd., Coral Springs, FL 33071-4086 |
| cr | + | Shoma Homes at Nautica Single Family Neighborhood, Bakalar & Associates, P.A., 12472 W Atlantic Blvd., Coral Springs, FL 33071-4086 |
| 96700340 | + | Avanti Credit Card, 222 N LaSalle St Suite 1600, Chicago, IL 60601-1112 |
| 96700341 | + | CRB/Upgrade, Inc LBX #452210, POB 52210, Phoenix, AZ 85072-2210 |
| 96700342 | + | D & S Law Group, 8751 W Broward Blvd #301, Plantation, FL 33324-2632 |
| 96636819 | | Selene Finance, P.O. Box 71243, Philadelphia PA 19176-6243 |
| 96611885 | | Selene Finance LP, POB 71243, Philadelphia, PA 19176-6243 |
| 96636820 | + | Shoma Homes at Nautica Single Family, 3680 SW 166th Avenue, Miramar FL 33027-4517 |
| 96636822 | + | Shoma Single Family at Nautica, 14275 SW 142 Avenue, Miami FL 33186-6715 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: marisasmith@mail.com | Sep 13 2022 23:17:00 | Marisa Chanile Smith, 3809 SW 164th Terrace, Miramar, FL 33027-4641 |
| smg | + | Email/Text: swulfekuhle@broward.org | Sep 13 2022 23:18:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 13 2022 23:17:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2022 23:18:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 96636818 | | Email/Text: bncnotifications@pheaa.org | Sep 13 2022 23:18:00 | Fed Loan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 96618434 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 23:16:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 96611886 | | Email/Text: bncnotifications@pheaa.org | Sep 13 2022 23:18:00 | U.S. Department Of Education, FedLoan Servicing, POB 69184, Harrisburg, PA 17106-9184 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 113C-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: CGFCRD3Z | Total Noticed: 16 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keith S Labell | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association klabell@raslg.com, klabell@raslg.com |
| Michael S Hoffman | on behalf of Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc Mshoffman@hlalaw.com hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |
| Susan P Bakalar | on behalf of Creditor Nautica Community Association  Inc. sbakalar@assoc-law.com, smurguia@assoc-law.com;lwilder@assoc-law.com;ydelgado@assoc-law.com |
| Susan P Bakalar | on behalf of Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc sbakalar@assoc-law.com smurguia@assoc-law.com;lwilder@assoc-law.com;ydelgado@assoc-law.com |

TOTAL: 6

Form CGFCRD3Z (06/11/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22-14583-SMG

Chapter: 13

**In re:**
Marisa Chanile Smith
3809 SW 164th Terrace
Miramar, FL 33027
SSN: xxx-xx-7912

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Scott M Grossman to consider the following:

**Pro-Se Motion to Continue Hearing On: [(54 Motion to Reinstate Case, 55 Motion to Reconsider)] Filed by Debtor Marisa Chanile Smith (Graster-Thomas, Tanesha) (58)**

1. This matter has been set on the Court's motion calendar for a non-evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** September 15, 2022
   **Time:** 02:30 PM
   **Location:** Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated: 9/13/22**　　　　　　　　　　　　　　　　　　**CLERK OF COURT**
By: Edy Gomez
Courtroom Deputy