

**ORDERED in the Southern District of Florida on October 3, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:                                              Case No. 22-14583-SMG
                                                    Chapter 13
MARISA CHANILE SMITH,

_____Debtor_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

THIS MATTER came before the Court for hearing on September 15, 2022, at 2:00 p.m. upon the Debtor's Motion to Reconsider the Court's Order Granting Motion for Relief from Stay [D.E. #55] (the "Motion"). The Court, having considered the Motion and the arguments presented at the hearing, orders as follows:

1.   The Motion is denied for the reasons stated on the record.

                                                    ##

Submitted by:

Michael S. Hoffman, Esq., Hoffman, Larin & Agnetti, P.A.
Counsel for Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc
909 North Miami Beach Boulevard, # 201, Miami, Florida 33162
Phone:  (305) 653-5555
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the Motions and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).