**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Marisa Chanile Smith					Case No. 22-14583
								Chapter 13

FILED-USBC, FLS-FTL
'22 OCT 17 PM 1:28

_____Debtor(s)_____/

## NOTICE OF APPEAL

Marisa C. Smith, Defendant/ Debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge Motion for Reconsideration entered in this adversary proceeding on the 3rd of October 2022 . The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: 10/17/2022

Signed: _____

Marisa C. Smith

3809 SW 164 Terrace

Miramar, Florida 33027

954-446-5359



ORDERED in the Southern District of Florida on October 3, 2022.

Scott M. Grossman, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:  　　　　　　　　　　　　　　　　Case No. 22-14583-SMG
　　　　　　　　　　　　　　　　　　　　Chapter 13
MARISA CHANILE SMITH,

　　　　　　　Debtor　　　　/

### ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER came before the Court for hearing on September 15, 2022, at 2:00 p.m. upon the Debtor's Motion to Reconsider the Court's Order Granting Motion for Relief from Stay [D.E. #55] (the "Motion"). The Court, having considered the Motion and the arguments presented at the hearing, orders as follows:

1.　　　　The Motion is denied for the reasons stated on the record.

##

Submitted by:

Michael S. Hoffman, Esq., Hoffman, Larin & Agnetti, P.A.
Counsel for Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc
909 North Miami Beach Boulevard, # 201, Miami, Florida 33162
Phone: (305) 653-5555
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the Motions and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                                             Case No. 22-14583-SMG
                                                              Chapter 13

MARISA CHANILE SMITH,

              Debtor.          /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Denying Motion To Reconsider (DE 72) was sent via CM/ECF to Susan P Bakalar, Esq., Keith S Labell, Esq., Office of US Trustee, Robin Weiner, Trustee on October 3, 2022 and via U.S. Mail on the parties identified on Exhibit A on October 4, 2022.

                                                 HOFFMAN, LARIN & AGNETTI, P.A.
                                                 909 North Miami Beach Blvd., Suite 201
                                                 Miami, Florida 33162
                                                 Tel: (305) 653-5555
                                                 Fax: (305 940-0090
                                                 Email: mshoffman@hlalaw.com

                                                 /s/ Michael S. Hoffman
                                                 Michael S. Hoffman, Esq.
                                                 Florida Bar No: 41164