**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (Ft Lauderdale)**
**CIVIL DOCKET CASE #: 0:22-cv-61931-RKA**

**Appellant**
**Marisa Chanile Smith**

CASE NO: 0:22-cv-61931-RKA
Case in other court: 22-14583-SMG
Chapter 13

v.

Judge: Hon. Roy K. Altman

**Appellee**
**Shoma Homes At Nautica Single Family**

---

Pursuant to Rule 6(b) of the Federal rules of appellate Procedure (''FRAP'') and Rule 8009 of the Federal Rules of Bankruptcy Procedure (the ''FRBP''). Appellant Marisa Chanile Smith (the ''Appellant''), hereby submits her Statement of Issues on Appeal and designation of Record on Appeal.

## ORDERS APPEALED

Appellant appeals two orders entered by this court

First ,its Order Granting Shoma Homes At Nautica Relief from Stay, entered July 29, 2022 by which the court granted Relief from Stay Relief retroactively.

Second is the DENYING Motion for Reconsideration on Order Granting Stay Relief Effective As of The Petition Date, entered October 12, 2022.

## STATEMENT OF ISSUES

FILED-USBC, FLS-FTL
'22 OCT 31 AM 11:49

This appeal raises the following issues:

  1. Whether the Bankruptcy Court erred in granting relief to Shoma Homes At Nautica.

  2. Whether the Bankruptcy Court allowed the Motion for Relief of Stay after Creditor erred in motion it was a Chapter 7 filing rather than a Chapter 13 filing with significant equity to pay debt to reorganize debt.

  3. Whether the Bankruptcy Court erred and accepted creditor argument that Shoma received less than $3000 through the bankruptcies and failed to validate the information.

  4. Whether the Bankruptcy Court erred and designated that the filing was done in bad faith.

  5. Whether the Bankruptcy court denied the debtor due process.

Designation of Record/ Statement of Issues case# 0:22-cv-61931-RKA

## DESIGNATION OF RECORD

Appellant Marisa C. Smith, pursuant to Federal Rule of Bankruptcy Procedure 8009 (a), hereby designates the following items to be included in the record on appeal.

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 1 | 06/14/2022 | Chapter 13 Voluntary Petition |
| 6 | 06/14/2022 | Notice of Incomplete Filings Due |
| 17 | 06/17/2022 | Notice of Appearance and Request for Service by Susan Bakalar |
| 19 | 07/01/2022 | Motion for Relief from Stay |
| 22 | 07/05/2022 | Pro Se Motion to Extend Time to File Required Information to 11 USC Section 521a |
| 23 | 07/05/2022 | Certification of Budget and Credit Counseling Course Filed by debtor |
| 25 | 07/07/2022 | Emergency Motion to Extend the Automatic Stay filed by Debtor |
| 27 | 07/07/2022 | Request for Notice Filed by Creditor U.S. Bank Trust National Association |
| 28 | 07/07/2022 | Amended Document to Reflect Correct Last 4 Digits of Social Security Filed by Debtor |
| 34 | 07/07/2022 | Pro Se Motion to Amend Voluntary Petition and Statement of Debtor |
| 30 | 07/08/2022 | Emergency Motion to Extend the Automatic Stay Filed By Debtor |
| 32 | 07/10/2022 | Hearing on Emergency Motion to Extend the Automatic Stay |
| 35 | 07/13/2022 | Motion to Dismiss Case Filed By Trustee Robin R. Weiner |
| 38 | 07/14/2022 | Notice of Hearing and Motion for Relief from Stay and Exhibits |
| **Bankruptcy Docket Number** | **Date Entered in the Bankruptcy Docket** | **Brief Description of the Document or Transcript** |
| 39 | 07/14/2022 | Notice of Re-hearing Pro-se motion to extend time to file required documents, Emergency motion to extend the automatic stay, Pro- Se Motion to Amend Voluntary Petition, Statement of Debtors social security |
| 40 | 07/15/2022 | Debtors Verified Response in Opposition, Motion for Relief from Stay filed by Shoma Homes at Nautica |
| 41 | 07/15/2022 | Certificate of Re-hearing |
| 44 | 07/27/2022 | Trustee's Request for Entry of Order Dismissing Case for Failure to Make Pre-Confirmation Plan Payments |
| 47 | 07/28/2022 | Trustee Request for Entry of Order Dismissing Case |

Designation of Record/ Statement of Issues case# 0:22-cv-61931-RKA

| 48 | 07/29/2022 | Order Granting Motion For Relief from Stay |
|---|---|---|
| 49 | 07/29/2022 | Order Granting Motion to Amend |
| 51 | 08/01/2022 | Order Granting Trustee Request for Order Dismissing Case |
| 54 | 08/15/2022 | Pro-se Motion to Reinstate Case |
| 55 | 08/15/2022 | Pro-se Motion to Reconsider |
| 56 | 08/15/2022 | Pro-Se Motion scheduled for 09/15/2022 |
| 57 | 08/17/2022 | Notice of Hearing on Pro se Motion to Reinstate Case, Pro se Motion to Reconsider, Order on Motion for Relief from Stay |
| 58 | 09/13/2022 | Pro se Motion to Continue Hearing, Motion to Reinstate, Motion to Reconsider |
| 62 | 09/15/2022 | Notice of Hearing |
| 63 | 09/17/2022 | Order Granting Motion to Reinstate |
| 72 | 10/03/2022 | Order Denying Motion to Reconsider |
| 74 | 10/12/2022 | Order on Motion to Reconsider |
| 75 | 10/17/2022 | Notice of Appeal |
| 79 | 10/17/2022 | Notice of Pre-Confirmation Payments and Certificate of Compliance |
| 84 | 10/28/2022 | Notice of Appeal, Order Denying Motion to Reconsider |

*(Signature)*

Marisa Chanile Smith
3809 SW 164 Terrace
Miramar, Florida 33027
954-446-5359
ECF E-Mail: marisasmith@mail.com

Designation of Record/ Statement of Issues case# 0:22-cv-61931-RKA

I hereby certify that on 10/31/22, a copy of the foregoing Designation of Record was filed electronically and sent via by first-class U.S. Mail, postage prepaid US Mail. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Michael S. Hoffman

    Hoffman, Larin and Agnetti, P.A.

    909 N Miami Beach Blvd

    Suite 201

    N. Miami Beach, FL 33162

_____
(Signature)

Marisa Chanile Smith
3809 SW 164 Terrace
Miramar, Florida 33027
954-446-5359
ECF E-Mail: marisasmith@mail.com