

**ORDERED in the Southern District of Florida on March 10, 2023.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Case No. 22-14583-SMG |
| | Chapter 13 |
| MARISA CHANILE SMITH, | |
|                  Debtor        / | |

**ORDER DENYING EMERGENCY MOTION TO REINSTATE BANKRUPTCY STAY AND SETTING SHOW CAUSE HEARING UNDER FED.R.BANKR.P. 9011(c)(1)B)**

THIS MATTER came before the Court for hearing at 10:00 a.m. on March 8, 2023, on the Debtor's Emergency Motion to Reinstate Bankruptcy Stay [D.E. # 143] (the ("Motion"). The Court, having considered the Motion, the case history, and the arguments presented at the hearing, finds that the Motion (a) does not state a coherent claim for relief; (b) cites inapplicable rules of procedure; (c) fails to address the basis for the Court's jurisdiction to impose a stay under Fed.R.Bankr.P. 8007(b) after the Court's denial of the Debtor's motion for stay pending appeal on December 20, 2022 [D.E. #115]; and (d) does not articulate any valid legal or factual basis for the Court to reimpose a stay under the circumstances of this case. For these reasons, as well as for the

reasons stated on the record which are incorporated into this Order by reference, the Court **ORDERS** as follows:

1. The Motion is denied.

2. Under Fed.R.Bankr.P. 9011(c)(1)(B), the Debtor Marisa Chanile Smith and her counsel Thomas Neusom, Esq. are ordered to appear at a hearing on April 5, 2023 at 10:30 a.m. at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 308, Fort Lauderdale, FL 33301 to show cause why sanctions should not be imposed for the filing of the Motion.

3. On or before March 25, 2023, Creditor Shoma Homes at Nautica Single Family Neighborhood Association, Inc. ("Shoma Homes") shall file a ledger of its attorneys' fees and costs incurred in connection with the Motion.

4. On or before March 31, 2023, the Debtor and Mr. Neusom shall file a written response explaining why sanctions should not be imposed under Fed.R.Bankr.P. 9011(c)(1)(B) and/or detailing any objections to Shoma Homes' requests for fees and costs.

##

Submitted by:

Michael S. Hoffman, Esq., Hoffman, Larin & Agnetti, P.A.
Counsel for Shoma Homes
909 North Miami Beach Boulevard, # 201, Miami, Florida 33162
Phone:  (305) 653-5555
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the Motion and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).