# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 22-14583-SMG
  Chapter 13

MARISA CHANILE SMITH

_____Debtor_____/



## NOTICE OF CHANGE OF ADDRESS

**YOU ARE NOTIFIED** that effective immediately debtor MARISA CHANILE SMITH has changed her mailing address to:

> Marisa Chanile Smith
> 16000 Pines Blvd
> # 824031
> Pembroke Pines, FL 33082

Please update the mailing address to reflect this address. All future mailing shall be mailed to the above address only.

Date: May 16, 2023

BY: /s/ Marisa Chanile Smith
Marisa Chanile Smith
16000 Pines Blvd
#824031
Pembroke Pines, FL 33082
marisasmith@mail.com

LF-18 (rev. 12/01/16)